IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT NOLAN                                                            PLAINTIFF

v.                              No. 3:15-cv-8-DPM

PORTFOLIO RECOVERY ASSOCIATES, LLC                 DEFENDANT

JUDGMENT

Nolan's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

9 April 2015